# MEMORANDUM

**FILED**

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

2005 JUN -7 A 10: 17

U.S. DISTRICT COURT
EASTERN DIST. TENN.

**FROM:** U.S. District Judge Curtis L. Collier

BY_____ DEPT. CLERK

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. David McDaniel - 1:04-cr-156

**Name of Expert or Investigator:** Mark W. Peterson, MD

**Address:** One Northgate Park, Suite 201, Chattanooga, TN 37415

**Type of Expert:** Psychiatric Services

**Reason for Application:** The reason for the application is set out in the attached Motion for Authorization of Expert in Excess of $1,600.00. Counsel for defendant has advised that it is projected that further psychiatric services will require an additional cost of $2,400.00, for a total approved amount not to exceed $4,000.00.

**Estimated Compensation.** $4,000.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of an additional $2,400.00.

_____  _____
U.S. District Judge Curtis L. Collier    Date

_____  5-31-05
Honorable Alice M. Batchelder    Date
U.S. Court of Appeals