UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:04-CR-156 |
| | ) | Judge Curtis L. Collier |
| | ) | |
| DAVID McDANIEL | ) | |

## **O R D E R**

For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 54) pursuant to 28 U.S.C. § 636(B)(1)(C), and hereby **ORDERS** the following:

(1)  The defendant is able to assist in his defense and is competent to understand the nature and consequences of the proceedings against him; and

(2)  The defendant is competent to stand trial.

.

**SO ORDERED.**

**ENTER:**

                                                    **/s/**
                                  **CURTIS L. COLLIER**
                        **UNITED STATES DISTRICT JUDGE**